1008

[No. 72927-6-I.   Division One.   January 11, 2016.]

*In the Matter of the Marriage of* BRUCE EDWARD EKLUND,
*Respondent*, and ELISIA MARIE DALLUGE EKLUND,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-3-01385-2, Laura Gene Middaugh, J., entered December 4, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.

[No. 73366-4-I.   Division One.   January 11, 2016.]

*In the Matter of the Dependency of* A.M.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. MATTIE MACARTHUR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 14-7-01472-2, Beth M. Andrus, J., entered April 3, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Cox, JJ.

[No. 73665-5-I.   Division One.   January 11, 2016.]

JAMES D. GOODMAN, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant*, AIRBORNE EXPRESS, INC.,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-09214-5, Katherine M. Stolz, J., entered July 25, 2014. *Reversed* and *remanded* by unpublished opinion per Trickey, J., concurred in by Cox and Dwyer, JJ.